UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jillian Trinidad,                        )
    Plaintiff,                           )
                                         )
v.                                       )  Civ. No. 09-cv-74-PB
                                         )
Bowe Bell & Howell Company, Inc.         )
    Defendant.                           )
                                         )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON**

**ASSENTED TO PETITION FOR APPROVAL OF SETTLEMENT AND
DISPOSITION OF THE WORKERS' COMPENSATION LIEN**

It is hereby ordered that the Petition for Approval of Settlement is granted. Defendant, Bowe, Bell & Howell is authorized to purchase the structured settlement providing for monthly benefits of $1,304.59 per month for the life of Jillian Trinidad, with forty years of payments guaranteed. Defendant, Bowe, Bell & Howell is authorized to pay the sum of $415,001 to Jillian Trinidad and McDowell & Osburn, P.A., counsel.

So ORDERED this 01 day of September, 2010.

                              /s/ Paul Barbadoro
                            Hon. Paul J. Barbadoro, Presiding Judge

cc:   Counsel of Record